# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 199

| | |
|---|---|
| TONY GALLOWAY and BRIDGETTE GALLOWAY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )      **ORDER**<br>) |
| UP DISH SERVICES, LLC, | )<br>) |
| Defendant. | ) |

Before the Court is the Joint Motion to Amend the Scheduling Order [# 23]. The parties aver that they are close to resolving the case. Accordingly, they ask the Court to extend all remaining deadlines by forty-five (45) days. The Court will extend the mediation and motions deadlines, however, the Court will not reschedule the trial date. The Court has consulted with the District Court in this determination.

For good cause shown, the Court **GRANTS** the motion in part and **DENIES** the motion in part [# 23]. The following dates in the scheduling order have been amended:

**Mediation:** June 29, 2018

**Motions:** July 16, 2018

Signed: May 15, 2018

Dennis L. Howell
United States Magistrate Judge